UNITED STATES DISTRICT C  RT
FOR THE SOUTHERN DISTRICT OF FLORIDA

VAN S. JENKINS
    PETITIONER,

CASE NO.

-VS-

RANDY A. FERNANDEZ
VICE PRESIDENT
ELAINE FITZGERALD
PUBLIC RELATIONS OFFICER
NATIONAL REGISTERED AGENTS,INC.
CORPORATE CREATIONS INTERNATIONAL,INC.
    RESPONDENT(S).      /



# 03-23017
## CIV-MARTINEZ/Klein

Van S. Jenkins
TCF/Reg. No. 172475
3225 John Conley Drive
Lapeer,Mich.48446-3225
Randy A. Fernandez,Vice President
Corporate creations International,Inc.
941 Fourth Street,suite 200
Miami Beach,Florida 33139
Tel. (305)-672-0686/Fax:(305)-672-9110
Elaine Fitzgerald,Public Relations Officer
Subsidiary of Corporate Creations
2700 West Atlantic Blvd.,#203
Pompano Beach,Florida 33069
Tel. (954)-956-8999/Fax:(954)-956-8995
National Registered Agents,Inc.
Subsidiary of Corporate Creations
2201 East Grand River,suite 201
Lansing, Mich. 48912-2201

FILED by JG D.C.
INTAKE

NOV 13 2003

CLARENCE MADDOX
CLERK U.S DIST CT
S.D. OF FLA - MIAMI

COMPLAINT FOR PRELIMINARY/PERMANENT INJUNCTION AGAINST CORPORATE CREATIONS INTERNATIONAL,INC. ON GROUNDS UNCONSTITUTIONALITY

1. Petitioner,Van S. jenkins is a client for Fraternal Incorporating Agent services of the Corporate Creations International,Inc. at the above addresses, See exhibit A-1.

2. Respondent,Randy A. Fernandez is the Vice President of Corporate Creations International,Inc.,located in the State of Florida,and is responsible for the execution or the enforcement of the Federal Uniform Commercial Code,and the Patent & Trademark Federal Statute Title 15,Section 1051 of the United States Code,and the 14th Amendment of the United States Constitution Section 1,& Art. I,Section 8.

3. Title 15,Section 1051 of the United States Code and the United States Constitutional 14th Amendment Section 1 provides proper due process of Contracts and of the Federal Trademark Application,Registration and the issuance of the Trademark Certificate(s),and that the appropriate amount of payments shall accompany the Federal Trademark Application.

4. Corporate Creations Incorporation And Trademark Services is outlined at their Website database system as attached as exhibit B-2 and is set forth as follows:

    The Federal Trademark Application Service is $295 plus the government filing fee of $325 per class. A licensed Attorney will prepare the Federal Trademark Application within five days of your request when the Federal Registration is issued, you will be invoiced a total of $180 for prosecution of the Trademark Application,which includes routine conferences and correspondence between the licensed

attorney and the Trademark Attorney who represents the United States Patent & Trademark Office. For certain Trademark Office actions,opposition actions,other Trademark disputes, or international Trademark Applications,with your prior approval,arrangements may be made with independent litigation counsel or local Trademark Counsel to handle such matters at standard hourly rates,"unquote.

5. On the date of June 22,2003 I mailed the attached transcribed copy of the General Durable Power of Attorney contract to the Corporate Creations International,Inc.'s Subsidiary:The National Registered Agents,Inc..at:2201 East Grand River,suite 201,Lansing, Mich. 48912-2201.

6. Corporate Creations Website data base system provide the following information on what services provied by their Registered Agents,quote:"Under the State Law every company is required to have a Registered Agent located in the State of Incorporation and in all States where the Company is qualified to transact business. The Rule of the Registered Agent is to receive legal papers (Called Services of process) and government notices on behalf of the Company. As part of Registered Agent service,you will receive upon request FREE Updates regarding the status of the Company and FREE information about the Procedure to amend the Company. Registered Agent service is FREE for the first year,"unquote.

7. On the date of June 22,2003 Petitioner notified Respondents that if they did not comply with said Statutes they would be subject to the Penalties provided therein,consisting of Due Process,Failure to perform the contractual Agreement as stated in Section 4 and 6 of this Injunction Complaint that under the State Law every Company Registered to have a Registered Agent located in the State of Incorporation and in all States where the Company is qualified to transact business;and

8. The Rule of the Registered Agent Services,failure of the Registered Agent to provide upon request FREE Updates regarding the status of the Company and FREE information about the Procedure to amend the Company; That

9. Registered Agent services is FREE for the first year,and that the acts to be performed is outlined or set forth within the body or within the meaning or contents of the General Durable Power of Attorney contract; and

10. That there is a failure to provide or assign Counsel For certain Trademark actions,opposition actions,other Trademark disputes,or International Trademark Application(s),namely the violation of the uniform Commercial code Section 4-402 which states quote:"A payor Bank wrongfully dishonors an item if it dishonors an item that is properly payable. A payor Bank is liable to its customer for damages proximately caused by the wrongful dishonor of an item,"unquote.

11. Failure of a Payor Bank to disburse monetary proceeds may cause a Due Process of the Federal Trademark and Patent Application process,where Corporate Creations International,Inc. licensed Attorney prepares the Federal Trademark/Patent Application whose service fee is $295 plus the government fee of $325 per class,and theres a Federal Registerion issued in 5 business days,and a total cost of $180 for prosecution of the Trademark/Patent Application,which includes routine conferences and correspondence between the licensed Attorney and the Trademark Attorney who represents the United states Patent & Trademark Office,see case Law Buckley V. Trenton Savings Fund Society,524 A.2d 886(Super. Ct.,N.J. 1987)

3

12. A Consumer Complaint in regards to this Patent/Trademark Due Process was sent 8-25-2003 and 9-18-2003,see the attached Exhibit C-12 and D-13.

13. Unlike an ordinary Patent or Trademark,this is a Patent & Trademark for a Fraternal Corporation that receives a Coat of Arms that was applied for at following:

Court of The Lord Lyon
H. M. New Register House
The Lord Lyon King of Arms
Sir Malcom Innes of Edinight, KCVO
Edinburgh,Scotland EH1 3YT
Tel. 031-556-7255
Fax: 031-557-2148

The Royal College of Arms
Queen Victoria Street
London,England EC4 V4BT

In England and Wales the basis of the law of arms is that no one may bear and use them without lawful authority,and that Arms are an inalienable Right,inherited in accordance with the laws and usages of Arms. If,in the view of an officer of arms,these laws are being infringed,the offended party has the Right to take the case to the Court of Chivalry,which last sat in 1954 to bear a case brought by the Lord Mayor,Aldermen and the Citizens of Manchester against the Manchester Palace of varities Ltd. The Plaintiffs had alleged use of the Arms of the Corporation of Manchester on the Company Seal. The case was judged in favor  of the Plaintiffs.

14. Execution or enforcement of the statute(s) as applied to Petitioner was not something from those cited in this Injunction complaint,if it is then it should be enforced upon someone else.Where Corporate Creat- ions International,Inc. was enforcing what it appears to be payment Statutes rather than enforcing the Uniform Commercial Code Section 4-402 or not enforcing it on the correct person(s). As the contractual agree- ment provided account numbers to access as well as other questioned,it wasn't attempted. This form of enforcement is unconstitutional, see exhibit E-B

15. If Corporate Creations were able to access the American Express credit card Account(s),and withdraw $350.00 for a full Trademark Search on the Corporate Name entitled:"The Egyptian Caballero Research Enlightenment Association," why wouldn't they withdraw any other monetary proceeds? If this was a problem they are authorized to pursue legal methods to en- force the Uniform Commercial Code Section 4-402, see exhibit A-1.

16. Unless Respondent(s) is enjoined from execution or from not execution or enforcement of the payment statute upon Petitioner,Petitioner will suffer irreparable harm and injury. As the Patent & Trademark statutes provide protection of secret knowledge of a Fraternity or Fraternal Corporation,which is provided from Kaieteur Enterprises, Champlain Stat- ion,P.O. Box 371,Vill La Salle,Quebec,Canada H3V3 or H8P 3V3(any correct- ion of address may be made through the Post Office).

17. And from what an Eastern Star Mrs. Dupree at: Tel. (314)-647-2427(any correction needed may be made at the Telephone Company) terms to be kept secret. thus,secrets will be exposed that will cause irreparable harm and injury.

18. Unlike ordinary Patent & Trademarks,this is a definition best defined by the Dictionary of Freemasonry By Robert MaCoy,Code No. ISBN:0-517-6913- 9;page 220 LAWS OF MASONRY -LANDMARKS, Section 23 states:"The Secrecy of the institution is another,and a most important Landmark. There is some difficulty in precisely defining what is meant by a secret society:If the term refers,as perhaps, in strictly logical language it should,to those associations whose designs are con-

-OVER-

cealed from the public eye,and whose members are unknown,which produce their results in darkness,and whose operations are carefully hidden from the Public gaze—a definition which will be appropriate to many political Clubs and Revolutionary combinations in despotic countries,where reform,if it is at all to be effected,must be effected by stealth—then clearly Freemasonry is not a secret society.

19. If the term refers,as perhaps,in strictly logical language it should, to those associations whose designs are concealed from the Public eye,and whose members are unknown,which produce their results in darkness,and whose operations are carefully hidden from the Public—a definition which will be appropriate to many Political Clubs and Revolutionary combinations in despotic countries,where reform,if it is at all to be effected, must be effected by stealth then clearly Freemasonry is not a secret society;

20. Its design is not only Publicly proclaimed,but is vaunted by its disciples as something to be venerated—its disciples are known,for its membership is considered an honor to be Coveted—it works for a result of which it boasts—the civilization and refinement of man,the amelioration of his condition,and the reformation of his manners.

21. But if by a secret society is meant and this is the most popular understanding of the term—a society in which there is a certain amount of knowledge,whether it be of methods of recognition,or of legendary and traditional learning,which is imparted to those only who have passed through an established form of initiation,the form itself being also concealed or esoteric,then in this sense is Freemasonry undoubtly a secret society.

22. Who is he that hath the power of the Eye to see in the dark as well as in the LIGHT AND recognize those Toilers?

23. Now this form of secrecy is a form inherent in it,existing with it from its very foundation,and secured to it by its Ancient Landmarks.

24. If divested of its secret character,it would lose its identity,and would cease to be Freemasonry.

25. Whatever obligations may,therefore,be made to the institution,on account of its secrecy,and however much some unskillful Brethren have been willing in times of trial,for the sake of expediency,to divest it of its secret character it will be ever impossible to do so,even where the Landmarks not standing before us as an insurmountable obstacle; because such change of its character would be social suicide, and the death of the order would follow its legalized exposure.

26. Freemasonry,as a secret association,has lived unchanged for centuries—as an open society it would not last for as many years.

27. The Dictionary of Freemasonry by Robert MaCoy,on page 285 provide within its meaning for a fraternal Corporation that requires Patent,the Word:Patent in the Masonic sense of the word means a Warrant of Constitution conferring privileges,and by the authority of which societies and Companies exercise their peculiar functions.

28. All Masonic Bodies work under a Patent or Character,derived from some legitimate authority having full power to grant the same.

29. It must be confused that not a few of the Masonic Patents and Characters of the last century were forgeries.

30. The one that Baron Hundelaid before the convention of Kohlo, June 22, 1772 was written in Cipher, and no person has ever yet been able to explain or read it.

31. It was examined, however, by Firks, Lestwitz, De Bruggen and Hohenthal, who pronounced it legitimate, and Kessler, in a funeral oration pronounced over the deceased Grand Master, relates that the Brothers Smith brought it from England or Scotland about the year 1754!

32. Many other Patents and Characters that are sometimes spoken of had an origin equally lofty in the clouds of doubt and ambiguity, "unquote.

33. Petitioner contends that he has no adequate remedy at Law in that he find inadequacy of the legal remedy when authoritive enforcement is lacking perhaps consciousness or will to enforce the provisions. WHEREFORE, Petitioner says:

   a. For a Preliminary and a Permanent injunction restraining Respondent(s) not executing or enforcing said statutes insofar as it applies to Petitioner, this includes the contractual Agreement; See exhibits 1-13, T iq

   b. For a Temporary Restraining Order Restraining Respondent(s) not executing or enforcing to executing or enforcing statutes insofar as it applies to Petitioner until this matter can be heard and determined.

   c. That a Three-Judge District Court be convened pursuant to title 28, Section 2281-2284 of the United States Code to hear and decide this matter.

Dated: *10-20-03*                          *Van D. Jenkins*
                                           Petitioner's Signature

Subscribed and Sworn to before me

This *19* day *October* , 2003

*Maureen McGraw*                           *Van D. Jenkins*
Notary Public                              Affiant's Signature

MAUREEN L. MOONEY
NOTARY ...
MY ...

Maureen McGraw, Genesee County
Acting ... ... County.

# Corporate Creations®

Incorporation • Trademark • Registered Agent Services

941 Fourth Street #200
Miami Beach FL 33139
ADDRESS SERVICE REQUESTED

Corporate Creations International Inc.
Tel (305) 672-0686
Fax (305) 672-9110

Elaine Fitzgerald
2700 W. Atlantic Blvd.
#203
POMPANO BEACH, FL 33069

## PAID ◦ PAID ◦ PAID

| INVOICE NUMBER | AMOUNT DUE |
|---|---|
| 2002-2-27834 | Subject to 15% surcharge if paid after due date   $0 |
| **Invoice Date** | Payment Must Be Received By |
| 10/8/2002 | |

Your Client/Matter Reference:

If you have already paid this invoice,
Thank you, and please disregard this reminder.

Client Tel:
954-956-8999

Client Fax:
954-956-8995

Payment By:
Visa ☐   Mastercard ☐   Amex ☐   Check ☐
Account No. _____
Exp Date _____
Auth. Signature _____

Change of billing name or address: (please make any changes below)

Credit card payments may be faxed, mailed, or phoned in.

(Please cut along the dotted line and return *above* portion with your payment)

FITZGERALD PUBLIC RELATIONS

Service Description
United States TM Full Search

| Payment Date | Payment Type | Account No./Check No. | Payments |
|---|---|---|---|
| 10/08/2002 | MC/Visa | *******5234 | $350 |

2002-2-27834   10/8/2002

## Thank you for choosing our services

| | |
|---|---|
| Subtotal: | $350 |
| Less Payments: | $350 |
| **Total Due:** | $0 |

— Exhibit A-1

VAN S. JENKINS
MBP/#172475
1960 U.S. 41 South
Marquette, Mich. 49855-1960

10-8-2002

Corporate creations
941 Fourth street, suite 200
Miami Beach, florida 33139

RE: THE EGYPTIAN CABALLERO RESEARCH ENLIGHTENMENT ASSOCIATION
    INCORPORATING SERVICES REQUESTED

Dear sir/Madam:
    I'm writing you this letter in regards to the above captioned
matter. A relative of mine's Father and Mother died sometime ago
and I have formed the Articles of Incorporation to form the
Egyptian Caballero Research enlightenment associationin Memorial
of the deceased relatives.

    The Articles of incorporation was mailed to Ronnie R. Casey
El, at:25045 Karr Road,Belleville,Michigan 48111-5045 for him
to make copies and to mail to your office the articles of incor-
poration ,and was mailed to Ronnie R. casey El on the date of
8-12-2002. I haven't received any response from him nor your
office, and so I'm writing this letter of Inquiry to your office

    I assume at this point that Ronnie R. Casey El is much bereaved
of the lost of loved ones,and failed to contact your office con-
cerning Corporating this Secret Fraternal Corporation. I refuse
to give up on forming and incorporating this secret fraternal
corporation; and I turn to your corporation or firm for help in
making this Fraternal Corporation a Living Reality. pursuant to
the Michigan statutory Provisions of Law and the Act of congress
of May 5, 1870 making it possible by providing for the creation
of a Secret fraternal Corporation in the District of columbia:
C.80,section 3. 16 Stat. 98,101 and the michigan statutory law
is MCLA 450.146. in conjunction with these laws, we find that
Accounting business systems, Inc. at:1360 Palmetto Avenue, Win-
ter Park, Florida 32789, Tel. 1-(800)-227-7504 shall act as
Board of Trustees,unless your firm provide Accounting services
pursuant to the bank Secrecy Act, Title 31,Section 1051 of the
united States code.

    As the Bank Secrecy Act is outlined within the clauseful prov
-isions of the Secret Fraternal law of MCLA 450.146. We desire
to open up an American Express Corporate account,with Revolving
Credit terms,where checks may also be made.

    The American Express has advertised in the same Entrepreneur
Magazine your firm has advertised in. The Application No.C0590-
1901 at 1-(800)-541-AMEX. There is an American Express located
at 777 American Expressway, Fort Lauderdale,Florida 33329,Tel.
(212)-480-2000 or (800)-327-2177. I have account numbers at
American Express and the old ones are:3728126073900 and
372870544900.The current account numbers is:024991865011317942
and 024991865011517942. I have a total credit limit of different
credit card accounts totaling $107,900 plus.

Exhibit 6
E-18

-2-

I also have **excellent** credit at the World Omni Financial Corp at:120 NW 13th Avenue,Deerfield Beach, Florida 33442. I look for -ward in your firm obtaining a business loan around $10,000 from World Omni Financial Corp. I also request that your firm open up the american express Corporate Account for $55.00 as advertised. With this credit card my first investment shall be 13 week Treasury Bills with an 8 cycle of reinvestment.

I want to know your incorporating fee(s) and attorney Represe -ntation fee(s),so that you may be paid perhaps from the american Express Corporate Account, if feasible with your firm. I request that you obtain all account Records at American express so that you may be able to provide to me a Business Financial Analysis and my investment options. please provide full detailed informat -ion on your Corporate Services,and application.

Please be sure that your firm send the incorporating detailed information,and an attorney to Ronnie R. Casey El concerning my writing you this letter and the forming of the Egyptian Caballer Research Enlightenment Association. Please be sure to ask him to provide to your office the Articles of Incorporation for your firm's examination. If he fails to provide this or respond to your office within 7 days of receiving your letter,we shall pro- vide to your office the Articles of Incorporation. I understand your firm conduct Patent Search,and our Secret Fraternity must be Patented. However,We prefer to have this done after receiving the Coat of Arms with a Noble Title of caballero. This requires Heraldry Research which shall be done for this purpose.

I was also granted and issued a VA Certificate of eligibility For Loan Guaranty Benefits,pursuant to the Federal Housing And Small Business Loan, Title 38,Section 3712 of the United states Code, by the Secretary of veterans Affairs Loretta L. Walquist at  the Dept. of veterans Affairs. I can use this certificate VA Real Estate security to open up this corporation and make the Business Loan pay for itself. I plan to make corporate investmen into A Real Estate Investment Trust Account:Commercial and Resi- dential,property,at the washington Real Estate Invetsment Trust, at:4201 Michelville Road,suite 300,Bowie, Maryland 20716,Tel. 301-352-3130/fax 301-352-3131.

We first must form the articles of Incoproartion, file them, receive a Tax I.D. Number or Employer number and Certificate of Incorporation. I do have the address of residence at Ronnie R. Casey El residence as an alternative and do ask that you forward all correspondences to me and him at this time. I look forward in recieving your detailed info. on corporate services and application.Thank you for your services.

Sincerely,

*Van S. Jenkins*

Van S. Jenkins
c.c. file

**(TRANSCRIBED COPY OF ORIGINAL)**

## GENERAL DURABLE POWER OF ATTORNEY

I, Van S. Jenkins, of 3225 John Conley Drive,Lapeer,Mich. 48446-3225
hereby appoint The National Registered Agents,Inc.,of Ingham
County:2201 East Grand River,suite 201,Lansing,Mich.48912-2201
as my attorney-in-fact(herein called Agent)with the following
powers to be exercised in my name and for my benefit:
1. General Grant of Powers:To exercise or perform and act,power,
   duty,right or obligation whatsoever that I now have or may
here-  after acquire,relating to any person,matter,transaction
or property,real or personal,tangible or intangible,now owned
or hereafter acquired by me,including,without limitation,the
following specifically enumerated powers,I grant to my agent full
power and authority to do everything necessary in exercising any of
the powers herein granted as fully as I might or could do if personally
present,with full power of substitution or revocation,hereby ratifying
and confirming all that my agent shall lawfully do or cause to be done by
virtue of this power of attorney and the powers herein granted;

2. Collection Powers: To forgive,request,sue for,collect,hold all such
sums of money debts,dues,commercial paper,checks,drafts,accounts,deposits,
legacies,devises,notes,interests,stock certificates,bonds,diviends,
certificates of deposit, annuities,pension,profit sharing,retirement,
social security,insurance & other contractual benefits and proceeds,all
documents of this or title,all property,real or personal,intangible or
tangible property and property rights,and demands whatsoever,now or
hereafter owned by,or due,owing,payable or belonging to me,or in which
I have or may hereafter acquire an interest;to have and take all lawful
means and equitable and legal remedies and proceedings in my name for
the collection,and recovery thereof,and to adjust,sell,compromise,and
agree for the same,and to execute and deliver for me,on my behalf,and in
my name,all endorsements, releases,receipts,or other sufficient discharges
for the same;

3.Contact Powers: To make,do,and transact every kind of business of
whatever nature,and also for me and in my name,and as my act and deed,
sign,seal,execute,deliver and acknowledge such stock certificates,stock
powers,assignments separate from certificate,deeds,conveyances,leases
and assignments of leases,covenants,indetures,options,letters of interest
contracts,agreements,closing agreements,certificates,mortgages,hypothe-
cations,bills of lading,bills,bonds,debentures,notes,receipts,evidences
of debts,waivers of statutes of limitations,and such other documents
and instruments in writing of whatever kind and nature as may be necessary
or proper in the premises,as fully as I might do if done in my own capacity;

4. Banking Powers: To make,draw,sign in my name,deliver and accept checks,
drafts,receipts for moneys,notes,or other orders for the payment of money
against,or otherwise make withdrawals from any commercial,checking or
savings and VA Mortgage Account(s) which I may have in my name or in
joint name with other person,in any bank or financial institution,for
any purpose which my said Agent may think necessary,advisable or proper;
and to endorse and negociate in my name and deliver checks,drafts,notes,
bills,certificates of deposit commercial paper,money market instruments,
bills of exchange or other instruments for the payment of money and to
deposit same as cash or for collection,and cash into any commercial,check-
ing or savings or VA Mortgage Account(s) which I may have in my name or
in joint name with any other person,in any bank or financial institution;
and to carry on all my ordinary banking business;see the attached Provident
Bank/National Bank's letter and Settlement Statement.see Title 38,Section
3712 of the United States Code.

-OVER-

5. Employ Agents:To employ and compensate agents,accountants,attorneys, real estate brokers and other professional assistance and to retain and compensate such persons for services rendered;to waive any attorney-client privilege;My agent is to employ the following accountant firm:Arthur Andersen & Company:Lawrence A. Weinbach,C.E.O. at:69 West Washington street, chicago,Ill. 60602-3094,Tel.(312)-580-0009/Fax:(312)-507-2548;as this is a contractual employment.see also The Emergency Veterans Job Training Act of 1983,Public Law 98-77,Aug. 15,1983,97 Stat. 443;providing $10,000 per Veteran hired;and my agent is to make arrangements with the following for office address,staffing,trained sales reps and toll free number by contacting at said website:www.successfulloffice.com(800)-303-8229.

6. Settlemental Powers: To adjust,settle,compromise or submit to arbitration any acccounts,debts,claims,demands,disputes or matters which are now substituting or may hereafter arise between me or my said agent and any other person or persons,or in which any property, right,title,interest or estate belonging to or claimed by me may be concerned;

7. Legal Actions: To commence,prosecute,enforce or abandon,or to defend, and answer upon such terms and conditions,as my said agent shall determine;

8. INURANCE And Employee Benefit Plans: To redeem,surrender,borrow,extend, cancel,amend,pledge,alter or change,including change of beneficiary of any insurance policies in which I may have an interest,as my agent may deem proper and expendient,and for such purpose to sign and execute any documents, affidavits or forms required in my name and on my behalf,except however,my agent shall have no power and authority over life insurance policies I may own on my agent's life;and to execute or exercise all powers and options involving retirement programs,compensation plans,pension, profit sharing and other employee benefit plans;

9.Business Interest: To contiue to conduct or participate in any business in ahich I may be engaged or to carry out,modify or amend any agreement to which I may be a party,and to sell,exchange,modify or terminate such interest to or with such person or persons as my agent may deem proper and on such terms and with such security as my agent may deem appropriate;

execute partnership agreements and amendments thereto;incorporate,reorganize,merge,consoldate,recapitalize,sell,liquidate or dissolve any business; elect or employ officers,directors and agents;carry out the provisions of any business interest or the stock therein.

10. Borrow: To borrow from time to time such sums of money and upon such terms as my said agent may think expedient for or in relation to any purpose or object which my agent may deem proper or expedient,unsecured or upon the security of any of my property,whether real or personal or otherwise,and for such purpose to give,execute in my name,deliver,and acknowledge promissary notes and/or renewals thereof,Mortgages,pledges, and guaranties with such powers and provisions as my agent may think proper or requisite,this also includes my agent to have such powers to transact any self-liquidating Arbitage Corporate Loan(s);

11. Debts And Expenses:  To pay,compromise,and settle any and all bills, loans,notes or other forms of indebtness owed by me at the present time or which may be owed by me or incurred by my agent hereunder for my benefit at any time in the future,and to incur and pay from any of my assets or property all reasonable expenses in connection with the control,management,and supervision of my property and the maintenance,supports,care,and comfort of myself and those dependent upon me,including reasonable compensation for the services of my agent,and including the fees and charges of such agents,attorneys,accountants or others as my agent may,in the exercise of discretion,employ in the management of any of my affairs;

12. **Investments:** To invest and reinvest in loans, stocks, bonds, including United States Bonds purchased at a discount but redeemable at face value securities, real estate, life insurance, annuities or endowments policies or combinations thereof, or in any other investment whcih my agent may deem proper; to reduce the interest rate at any time and from time to time on Mortgage or land contract; to deal with and give instructions to any Brokerage Firm with respect to the purchase, sale or other disposition of securities and other assets, add assets to or withdraw assets from any account in my name, and sign any representation, certification or agreement, including agreements regarding margin, option trading, or commodities accounts, that my agent deems advisbale;

13. **Restrictions On Agent's Powers:**
    a) My agent cannot execute a Will or codicil on my behalf.
    b) My agent cannot execute in excess of $10,000 from any Trust on my behalf, however, my agent can enter into a custodial agreement.
    c) My agent cannot divert my assets to him/herself, his/her creditors or his/her estate.
    d) My agent shall not exercise, and shall not be vested with any incidents of ownership as to insurance policies insuring my agent's life, owned by me.
    e) My agent is a fiduciary, processing no general or limited power of appointment.
    f) My agent shall not exercise any powers which I received from my agent in a fiduciary capacity, and my agent shall have no authority to excise my powers, the exercise of which would cause assets of mine to be considered as taxable in my agent's estate for the purposes of the federal estate tax or the Michigan inheritance tax.

(Tape ran out transcribed copy being handwritten)

14. **Interpretation And Governing Law:** This instrument is to be construed and interpreted as a General Durable power of Attorney. The enumeration of specific powers herein is not intended to, nor does it limit or restrict the general powers herein granted to my Agent. Paragraph headings are for convenience only and are to be deemed to be part of this instrument. This instrument is executed and delivered in the State of Michigan, and the laws of the State of Michigan shall govern all questions as to the Validity of this Power and the construction of its provisions;

15. **Third-Party Reliance:** Third parties may rely upon the representation of my Agent as to all matters relative/relating to any power granted to my Agent, and no person whom may act in reliance upon the representation of my Agent or the authority granted to my Agent shall incur any liability to me or my Agent estate as a result of permitting my Agent to exercise any power, for the purpose of inducing third parties to rely on this power of attorney. I warrant that, if this power of Attorney is revoked by me or otherwise terminated. I will indemnify and save such third party harmless from any loss suffered or liability incurred by such third party in good faith reliance on the authority of my Agent prior to such third party's actual knowledge of revocation or termination of this power of Attorney Whether such termination is by operation of law or otherwise. This Warranty shall bind my heirs, devisees and personal representatives.

16. **Effective Date:** This power of Attorney shall be effective immediately and may be exercised only during a period When I am unable to carry out the functions of a professional Attorney or Registered Bonded Agent who have skills in the field of law or as an incorporating Agent; I am

← over →

Unable to perform (understood) faithfully in making decisions due to medical problems and the calamity of the death(s) of relatives. My Agent may establish his/her legal/professional status by producing Bank counsel or others his/her credentials of being a bonded Registered Agent of Corporate Creations International, Inc., 's Michigan Branch or subsidiary, National Registered Agents, Inc., at: 2201 East Grand River, suite 201, Lansing, Michigan 48912-2201, see the attached Paid Invoice.

17. **Inability of Principal To Function:** This Power of Attorney shall not be affected by my medical problem, or calamity of deceased relatives or because I'm unable to carry out functions of a professional Attorney or Registered Agent that is Bonded, who have skills in the field of law or professional Incorporating Agents. The Authority of my Agent shall be exercisable notwithstanding any such period outlined in section 16 and any act done by my Agent during any such period shall have the same effect as though I were alive, competent, and not having medical problems, and shall inure to the benefit of and bind me, my heirs, devisees and personal representatives;

18. **Termination:** I may revoke this power of Attorney at any time and in any manner by which I am able to communicate my intent to revoke. If my revocation is not in writing, a person witnessing my revocation may describe the circumstances in writing and sign it. My revocation is binding upon my attorney in fact and all with whom my attorney in fact shall deal upon actual notice of the revocation. I also hereby revoke the Limited power of attorney appointed to Ms. Kendra Mitchell, at: 832 North Washington street, battlecreek, Mich. 49017, and the limited power of attorney that was amended on the date of June 2, 2003 is also hereby revoked along with any attachments thereto. Any expenses gas bills, phone bills or computer internet bills made during the Limited Power of attorney being in force with it's amendment(s) shall be presented to the National Registered Agents, Inc. for payment(s). Ms. Kendra Mitchell must present the receipts of all bills with the Corporate Creations Paid Invoice Receipt, form 3200-Note must be also presented to the National Registered Agents, Inc., and all documents of this Power of attorney with it's attachments must be turned into to the said agents before any payment can be rendered to Ms. Kendra Mitchell.

19. **Photographic copies:** Photographic or other fascimile reproductions of this executed Power of Attorney may be made and delivered by my Agent, and may be relied upon by any person to the same extent as though the copy were an original. Anyone who acts in reliance upon any representation or certificate of my Agent, or upon a reproduction of this Power shall not be liable for permitting my Agent to perform any act pursuant to this Power.

I have signed and delivered this General Durable Power of Attorney this June 22 of 2003.

Van S. Jenkins
Grantor

State of Michigan)
                    )ss
County of Lapeer )

On this 22 day of June, before me personally appeared Van S. Jenkins known to be the same person described in and who executed the within instruments and who acknowledged the same to be his/her free act and deed. This document/contract was signed by the Notary Public Maureen L. McGraw, Notary Public Genesee Co., Mich. Her commission expires Dec. 2, 2004. Maureen McGraw, Genesee County Acting in Lapeer County.

VAN S. JENKINS

TCF/REG. NO. 17 475
3225 John Conley Drive
Lapeer, Mich. 48446-3225

8-25-03

Patent & Trademark Office
2021 Jefferson Davis Highway
     Crystal Plaza
Arlington,VA. 22202-2021

RE: CONSUMER COMPLAINT UNDER THE ADMINISTRATIVE PROCEDURES ACT,TITLE
    5,SECTION 702 OF THE UNITED STATES CODE/CONCERNING TRADEMARK #
    TRADEMARKS' PROCESS PURSUANT TO TITLE 15,SECTION 1051 OF THE
    UNITED STATES CODE; CORPORATE CREATIONS INTERNATIONAL,INC.'S
    INVOICE NO. 2002-2-27834 DATED 10-8-2002 FOR U.S. TRADEMARK FULL
    SEARCH $350 PAID FROM ACCOUNTS@:024991865011317942 /0249918650117942

Dear Sir/Madam:
    On the date of 10-8-02 I requested for incorporating services by
letter to Corporate Creations InternaTIONAL,Inc.,and had cited two
American Express Credit Card Numbers,as cited above. I received a
Paid Invoice receipt showing $350 was withdrew from the American
Express credit card account. On the paid invoice was the following
name and address:941 Fourth street,#200, Miami Beach,Florida 33139,
Tel.(305)-672-0686/Fax:(305)-672-9110. A copy of this Paid invoice
was sent to the Corporation,Securities/Land Development Bureau's
Attorney Ann G. Baker, Bar No. P30866,/Andrew Metcalf,the director
of the Bureau of Commercial Services. Their address and phone number
is as follows:

Corporate division,P.O. Box 30054,6546 Mercantile Way,Lansing,Mich.
48909-6546,Tel.(517)-241-6320/Fax:(517)-241-6445;Website:
abker@michigan.gov. Please be sure to call and have them to fax the
Corporate Creations Paid Invoice receipt to your office.

    I received a Paid Invoice receipt showing that Elaine Fitzgerald
of Public Relations,a branch or Division or Subsidiary of Corporate
Creations,at:2700 West Atlantic Blvd.,#203,Pompano Beach,Florida
33069,Tel. (954)-956-8999/Fax: (954)-956-8995 - Mrs. Fitzgerald had
withdrew from the American Express Credit card account $350 for a
United states Trademark Full Search of our Fraternal Corporate Name
being The Egyptian Cabaliero Research Enlightenment Association. It
was requested in my 10-8-2002 letter that I want my Fraternal Corpor-
ation Patented. No Trademark/Patent Certificate was provided,and it
appears to be some form of Due Process violation in the application
of the Patent/Trademark Procedures. Thus, it was also reported by
Corporate Creations' Vice President that no further accessing of the
American Express accounts can be made, that a $500 money order should
be  provided to Incorporate my Fraternal Corporation pursuant to MCLA
450.133 in the State of Michigan.

    I found this hard to believe that American express Co., at:777
American Expressway, Fort Lauderdale,Florida 33329,Tel. (212)-480-
2000 or (800)-327-2177 would violate the Uniform Commercial Code
Section 4-402 by failing to disburse the appropriate monetary pro-
ceeds to corporate Creations.

Exhibit
C-17.

Provident National bank, N.A.'s Corporate Counsel, Mrs. Elisa Mills, at:One East Fourth street,Cincinnati, Ohio 45202,Tel. (513)-763-8022 was contacted to disburse the appropriate amount to Corporate creations,from a VA Mortgage Account No. 3203221 that is governed by the Housing And Small Business Loan, Title 38,Section 3712 of the United states Code. Here the appropriate incorporating fees and costs may be withdrew from this account and the repayment of the Mortgage Loan shall be paid from the Fraternal Corporate Income and investments.

The incorporating matter was referred to Corporate Creations' Michigan Branch Office or subsidiary at:National Registered Agents, Inc.,2201 East Grand River,suite 201,Lansing, Mich. 48912-2281. On the date of 6-23-03 a General Durable Power of Attorney Contract was mailed to the National Registered Agents,Inc. for the incorporating Agents' services,pursuant to MCLA 450.133 And MCLA 450.149, I received no response as to date.

On the date of 4-21-03 I addressed a letter to Attorney Ann G. Baker at the Document Review Section,Corporate Division of the Bureau of Com-mercial Services. This letter was concerning the Trademark Certificate and the Bank's failure to disburse monetary proceeds,and whether er not the National Registered Agents,Inc. has filed my Articles of Incorporat-ion. The Corporation,Securities And Land Development Bureau's Corporate Division is looking into this matter,but I haven't received any reply as of yet. attorney Baker there is to provide to me the Bank's attorney full names and the National Registered Agents, Inc.'s President and attorney's full names. I haven't received any reply as of yet.

Unfortunately, the National Registered Agents,Inc. of Corporate Creations,American express co. and the Provident National bank services of process has not been completely performed pursuant to the Patent/ Trademark and Uniform Commercial Code lawful Procedures. I am disappointed because I'm forming a Fraternal Corporation in Memorial of deceased relat-ives and have been waiting too long to become incorporated,where I have requested Corporate Creations to assign an Agent to perform incorporating services. And have not received an acknowledgment nor Patent/Trademark Certificate. I have paid $350 for Patent/Trademark services and filing thereof.

To resolve the problem, I would like your agency to investigate these matters,and see to it that I receive my Trademark certificate,and that the money be paid from the accounts so cited herein. I await for 10 business days before filing an Injunction complaint in the Federal court. I await for your prompt reply.


Sincerely,

Van S. Jenkins
c.c. file

VAN S. JENKINS
TCP/Reg. No. 172475
3225 John Conley Drive
Lapeer, Mich. 48446-3225

10-20-03

Robert Milligan
State Comptroller
Department of Banking & Finance
101 East Gaines Street
Tallahassee, Florida 32599-0350

CONSUMER COMPLAINT DIVISION

Dear Sir Milligan:

RE: CONSUMER COMPLAINT -BANK(S) VIOLATING THE UNFORM COMMERCIAL CODE
SECTION 4-402 FAILING TO REPLY TO COMMAND TO DISBURSE MONETARY DEBT
PAYMENT FROM ALL THREE BANK(S)' ACCOUNT(S) ARE:AMERICAN EXPRESS CO.
ACCOUNT(S):024991865011317942 & 024991865011517942;AT&T UNIVERSAL
CARD SERVICES CORPORATION CREDIT CARD ACCOUNT:4783-8090-0088-1762 &
PROVIDENT NATIONAL BANK MORTGAGE ACCOUNT NO. 3-203-221 & FILE NO.
6088-98;SOCIAL SECURITY NO. 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

On the dates of 9-22-03;9-30-03 and 10-1-03 I sent letters of Notices
to pay Federal Court cost,fees,and security cost to the following Banks/
Financial Institutions:

| Richard Srednicki | Peggy Haney | Stephen E. Kunk |
|---|---|---|
| President | Vice President | President |
| AT&T Universal Card | American Express Co. | Provident Nat. Bank |
| Services Corporation | P.O. Box 7871 | 1549 Ringling Blvd. |
| 8775 Baypine Road | 777 American Expressway | Sarasota,FL.34236 |
| Jacksonville,FL.32256 | Fort Lauderdale,FL.33329 | Tel.(941)-954-5700 |
| Tel.(904)-954-7500 | 1-(800)-528-4800 | Fax:(941)-952-9759 |
| Credit Card No. | Website:www.americanexpress.com | Mort. Acct. |
| 4783-8090-0088-1762 | Credit Card Acct. No. | 3-203-221 |
| | 024991865011317942 | File No. 6088-98 |
| | 024991865011517942 | |

**The services was not performed,as the United states District Court**
Clerk:Mr. Clarence Maddox at The Southern Division,Federal Courthouse
Square,301 North Michigan Avenue,Miami,Florida 33128 were to be contatted
by the Bank(s) in order to disburse monetary payment. Nor did either Bank
reply to my letter concerning Federal Court cost and fees.

Unfornately,neither Bank has not performed the services outlined with-
in the meaning and provisions of the Uniform Commercial Cpde Section4-402,
and the case law on point describing how the Bank in this case refused to
disburse monetary paymentfrom a checking account. Some Banks use the vari-
ous excuses to not disburse monetary payment,such as its not your account
or they received a call from someone to keep the account holder from pay-
ing debt obligations.see **Buckley V. Trenton Savings Fund Society,**
**524 A.2d 886 (Super. Ct., N.J. 1987).**

I am disapointed because there is a complaint Injunction being filed
pursuant to Title **28**,Section **2281-2284** of the United States Code in re-
gards to a Patent/Trademark and contractua. agreement with the Corporate
Creations International,inc. at.941 Fourth Street,suite 200,Miami Beach,
**Florida 33139. Tel. (305)-672-0686/Fax:(305)-672-5110** when accessed the
credit card account(s) to pay Patent/Trademark Corporate Name Search for
**$350,Invoice No. 2002-2-27834 dated 10-8-2002;Account(s)/Check No. 5234**

No further amounts were ... to be withheld nor ... financial state-
ment provided on the transaction.

To resolve the problem, ... would suggest ... your office investigate
and compel the bank(s) to provide financial statements with accurate
account numbers, and expiration dates on the credit cards, with this and
a check for $800.00 be sent to the Court Clerk or a $200.00 Cashiers'
check sent to my return address of this ... letter ... to be required to pay
court cost and fees and will prevent the banks from having to be enjoined
or prosecution in court. The court demands this and whatever disagreement
the banks may have may discuss this in court but must disburse monetary
payment for court cost and fees as well as for security of the injunction
complaint.

I look forward to your reply and resolution to my complaint, and if a
suit of ... may occur seeking ... will be filed in the Federal
District Court for the Southern Division, Federal Courthouse, Suite 301
North Miami Avenue, Miami, Florida 33128-7788. Please contact me at:

Van S. Jenkins
USMRep: No. 172475
2225 Juan Conley Drive
Lapeer, Mich  48446-3225

Sincerely,


Van S. Jenkins
c.c. file
Enclosure(s):4
Federal Court Clerk

Exhibit I-30.

Van S. Jenkins
TCF/Reg, No, 172475
3225 John Conley Drive
Lapeer, Mich. 48446-3225

9-30-03

Peggy Haney, Vice President
American Express Company
P.O. Box 7871
777 American Expressway
Fort Lauderdale, Florida 33329

RE: Civil Action In The U.S. District Court For The Southern District of
Florida Requiring payments of court costs & fees From Revolving credit
card Account No. 02499186501317942 & 02499186501151794 2; social security
No, 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; pursuant To The Federal Truth In Lending Act, Title 15,
Section 1681a of The United States code; And complaint Filed Pursuant
To Title 28, Section 2281-2284 of The United States code Notice of Civil Action

Dear Ms. Haney:
    I'm writing you this letter in regards to the above captioned matter.
This is hereby a Notice of the civil Action being Filed in the Federal U.S.
district court clerk's office.
    United States District court Clerk's
    office For the Southern Division
    Federal courthouse square
    301 North Michigan Avenue
    Miami, Florida 33128-7788
    Please make available by Bank check or certified check from the
above Revolving credit card account and or credit limit, the court costs
and fees, including the security cost, Please be sure to contact the court
clerk's office as soon as possible concerning this matter.
    Please also be sure to contact the United States Patent And Trademark
office, commissioner at: 2900 Crystal Drive, Arlington, VA. 22302, toll-Free
1-(800)-786-9199, website: WWW.USpto.gov. Tel.(703)-305-7785; an attorney
is to be assigned to handle this Patent And Trademark Injunctive complaint.
A letter in regards to the United States Patent And Trademark office
assigning a Patent And Trademark attorney, is dated 9-18-03. When
calling please refer to this letter.
    I have cited the credit card account numbers: 02499186501317942 &
02499186501151794 2 due to these being the numbers given to the corporate
creations International, Inc. at: 941 Fourth Street, #200, Miami Beach,
Florida 33139, Vice President Randy A. Fernandez, Tel. (305)-672-0686/
Fax (305)-672-9110 and their subsidiary branch had accessed the
American Express credit card account numbers for $350, and this was by
Elaine Fitzgerald, Public Relations officer for Patent & Trademark services
at her office located at: 2700 West Atlantic Blvd, #203, Pompano Beach,
Florida 33069, Tel. (954)-956-8999/Fax (954)-956-8995, Ms. Fitzgerald sent
me a Paid Invoice receipt with the code number of this receipt being
2002-2-27834 dated 10-8-2002. I have cited the social security number
in this letter to enable your firm to locate the accounts. Please, cite this
number and current credit statement. This pursuant to the Federal Truth
Activities of the Account statement. This pursuant to the United States code.
In-Lending Act, Title 15, section 1681a of the United States code.
    I look forward in your office directing your designate to mail to
the court clerk's office this statement required by law, and a copy
of same be mailed to me at the return address of this letter. Thank
you for your kind services concerning this legal matter.

cordially,
Van S. Jenkins
c.c. File

VAN S. JENKINS
TCF/Reg. No. 172475
3225 John Conley Drive
Lapeer, Mich. 48446-3225

9-22-03

Richard Srednicki
President & Chief
Executive Officer
AT&T Universal Card
Services Corporation
8775 Baypine Road
Jacksonville,Florida 32256

RE: CIVIL ACTION IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA REQUIRING PAYMENT OF COURT COSTS AND FEES FROM
REVOLVING CREDIT CARD ACCOUNT NO. 4783-8090-0088-1762;Social Security
No. 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;PURSUANT TO THE FEDERAL TRUTH IN LENDING ACT,TITLE 15,
SECTION 1681a OF THE UNITED STATES CODE;AND COMPLAINT FILED PURSUANT
TO TITLE 28,SECTION 2281-8284 OF THE UNITED STATES CODE
NOTICE OF CIVIL ACTION

Dear Sir Srednicki:
   I'm writing you this letter in regards to the above captioned matter.
This is hereby a Notice of the Civil Action being filed in the Federal
United States District Court clerk's office:

                    U.S. District Court Clerk's Office
                    For The Southern Division
                    Federal Courthouse Square
                    301 North Michigan Avenue
                    Miami, Florida 33128-7788

   Please make available by Bank Check or certified check from the
above Revolving Credit Card Account and or credit Limit,the court
costs and fees,including the security cost. Please be sure to contact
the court clerk's office as soon as possible concerning this matter.

   Please also be sure to contact the United States Patent/Trademark O
Office,Commissioner at2900 Crystal Drive,Arlington,VA. 22202,Toll-Free
1-(800)-786-9199,website:www.uspto.gov (703)-305-7785 an attorney is
to be assigned to handle this Patent and Trademark Injunctive complaint.
A letter in regards to the United States Patent And Trademark Office
assigning a Patent & Trademark Attorney,is dated 9-18-03.
when calling please refer to this letter.

   I have cited the credit card account number 4783-8090-0088-1762
due to this being the number during the time of the incident,and have
cited the social security number to,enable your firm to locate the
accounts. Please cite this number and the current credit card number
in the Financial Activities of the Account Statement.

   I look forward in your office directing your designate to mail to
the court clerk's office this statement required by law,and a copy of
same mailed to me at the return address of this letter. Thank you for
your kind services concerning this matter.

Cordially,

Van S. Jenkins
c.c. file
Court clerk

EXhibit H-22

TCE/Reg. No. 1724 S
3225 John Conley Drive
Lapeer, Mich. 48446-3225

Oct. 1, 2003

~~Erma~~ ~~Kunk~~
Stephen E. Kunk, President
Provident National Bank, N.A.
1549 Ringling Blvd.
Sarasota, Florida 34236

RE: Patent And Trademark Violation Pursuant To Title 15, Section 1081 of the United States Code Being Filed In The United States District Court For The Southern District of Florida Pursuant To Title 28, Sections 2281-2284 of The United States Code "Notice of Civil Action", VA Mortgage Account No. 3-203-221 & File No. 6088-98

Dear President Kunk:

Its been some time now, since 6-23-03 when I mailed to your office my letter, paid Invoice of Patent/Trademark Federal Application filing, Deeds of Trust, Promissary Note, and Durable or General Durable Power of Attorney documents.

In the contents of this letter to you, I addressed that your office or Bank are to mail a $500 cashiers check to corporate creations International, Inc.'s subsidiary the National Registered Agents, Inc. at: 2201 East Grand River suite 201, Lansing, Mich. 48912. Your Bank also were to mail to me a cashiers check too. I did not hear from your office nor the National Registered Agents, Inc.

If your firm has paid any money to National Registered Agents Inc. please provide to me a financial statement of the Activities of the above cited VA Mortgage Account. I direct your attention to the corporate creations International, Inc.'s Website; http://www.corpcreations, com/faq.htm see site Index under corporate creations; Incorporation ? Trademark services pages 1 of 9; see Do you provide Trademark, Trademark Search and Registration services ? Examine this on their Website; With the paid Invoice I provided to your office.

On page 9 of 9 it states that the Trademark attorney who represents the United States Patent And Trademark office handle Trademark actions, opposition actions, other trademark disputes or international trademark applications. There were a Due process violation in the process of the Trademark/patent Application for my Fraternal corporation- company corporation or corporate creations International, Inc. states its corporation to be a uniform commercial code section 4-402 which appears to be a uniform commercial code section 4-402 which reads; A payor Bank wrongfully dishonors an item it is dishonors an item that is properly payable. A payor Bank is liable to its customer for damages proximately caused by the wrongful dishonor of an item. corporate creations claim that American Express company refuse to disburse monetary proceeds.

However, the corporate creations failed to assign a Registered Agent. Under state law every company that corporate creations is form must have a Registered Agent, Registered Agent service is $1.00 free for the first year. After the first year, there is a $1.00 annual fee for registered Agent service. The Roll of the Registered agent is to receive legal papers (called service of process) and government service notices on behalf of the company.

⟵ ——— over ——— ⟹

- 2 -

This Bank was cited in the consumer complaint that was filed in the United States patent And Trademark office, and is dated 8-25-03.

Your Bank was cited in the consumer complaint that was mailed to the U.S. patent And Trademark office, at 2900 Crystal Drive, Arlington, Va. 22202, Tel. (703)-305-1785, Fax (703)-308-5258, Website: WWW.uspto.gov. Now a Injunction complaint is being filed in the below Federal court:

Clarence Maddox, clerk
U.S. District court Southern
District of Florida
301 North Miami Avenue
Miami, Florida 33128

I suggest that you defer this matter to your Bank's Attorneys' Law firm at: Keating, Muetting, & Klekamp, one East Fourth Street, Cincinnati, Ohio 45202, Tel. (513)-579-6400. Please be sure to provide a financial statement of the activities of the VA Mortgage Account. There is court cost and fees, including the security cost that must be paid to the clerk. I suggest that your office provide to me a check for $768.00 for the court cost and fees. Copy of this letter shall be attached to the Injunction complaint for the U.S. Magistrate to determine whether this order should direct the U.S. Marshal to provide service of process to your Bank's Attorneys.

Please be sure to have your Bank's Attorneys to pay me a visit if need be about this matter and the VA Mortgage Account. The Attorneys must contact the U.S. patent And Trademark office defer to my consumer complaint dated 8-25-03. It may be upon the court to determine whose in violation and did not perform their duties and responsibilities according to Law.

Your office only have 10 business days to send the $768.00 for court costs and fees. I look forward in receiving your prompt acknowledgment to this matter. Please keep in mind that is a violation not to acknowledge this Notice of Legal cause for Action. I only state this due to your none response to my 6-23-03 letter and what is outlined in the law.

I await for your prompt reply, remember only 10 business days are allowed according to law and if there is any business interruption to interfer with this case or your Bank, there is a violation of the business Interference statutory provisions, and there is a protective order available that your Bank's attornies should examine. I also await for the attornies' letter about these matters.

cordially,
Nan A. Jenkins
c.c. file
Court Clerk's file

```
        P.O. BOX 1426                    FILE NUMBER: 103955434
        BUFFALO NY 14231-1426            PAGE  1 OF  8
                                         DATE THIS REPORT PRINTED: 07/31/2001
        RETURN SERVICE REQUESTED
                                         SOCIAL SECURITY NUMBER: 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
                                         BIRTH DATE:           07/1932
                                         YOU HAVE BEEN IN OUR FILES SINCE: 10/1986

                                         PHONE: 282-0966
```

CONSUMER REPORT FOR:

```
        *****
        JENKINS, VAN, SMITH
        38 POB 38
        EAST LAKE, MI 49626
```

FORMER ADDRESSES REPORTED:

```
  3213 JAMES PL, GREENSBORO, NC 27405
  2802 WYNNEWOOD GUILFORD COUNTY DR, GREENSBORO, NC 27408
```

EMPLOYMENT DATA REPORTED:

```
  COUNTY OF GUILFORD                   NONE REPORTED
  DATE REPORTED: 02/2000               DATE REPORTED: 12/1999
```

---

### YOUR CREDIT INFORMATION

---

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO
BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS
FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE.
THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR
YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED
THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR
FOR YOUR PROTECTION).

```
  BANKAMERICA              # 10026251074        LINE OF CREDIT ACCOUNT
                                                LINE OF CREDIT
     UPDATED  06/2001   BALANCE:      $266      JOINT ACCOUNT
     OPENED   04/1995   MOST OWED:    $315      PAY TERMS:  MINIMUM $12
                                                CREDIT LIMIT:     $300
     STATUS AS OF 06/2001: PAID OR PAYING AS AGREED
    >IN PRIOR 48 MONTHS FROM LAST UPDATE  5 TIMES 30 DAYS LATE<

  MBNA AMERICA             # 5490997857003548   REVOLVING ACCOUNT
                                                CREDIT CARD
     UPDATED  12/2000   BALANCE:        $0      INDIVIDUAL ACCOUNT
     OPENED   03/1969   MOST OWED:    $3574     CREDIT LIMIT:    $6900
     PAID OFF 02/2000
     STATUS AS OF 02/2000: PAID OR PAYING AS AGREED
    >IN PRIOR 36 MONTHS FROM DATE PAID  1 TIME 30 DAYS LATE<
```

---

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

*Exhibit*
*I - 38*

REPORT ON JENKINS, VAN, SMITH                                    PAGE  2 OF  8
SOCIAL SECURITY NUMBER: 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 FILE NUMBER: 103955434

Web site: www.Opet Na.com

```
FST USA BK B              # 4417129204123026      REVOLVING ACCOUNT
                                                  CREDIT CARD
    UPDATED  07/2001   BALANCE:        $4403      INDIVIDUAL ACCOUNT
    OPENED   12/1998   MOST OWED:       $4403     PAY TERMS:  MINIMUM $88
                                                  CREDIT LIMIT:    $10200
    STATUS AS OF 07/2001: PAID OR PAYING AS AGREED
    IN PRIOR 31 MONTHS FROM LAST UPDATE NEVER LATE


FST USA BK                # 4408046210274042      REVOLVING ACCOUNT
                                                  CREDIT CARD
    UPDATED  07/2001   BALANCE:          $0       INDIVIDUAL ACCOUNT
    OPENED   12/1998   MOST OWED:         $0       CREDIT LIMIT:    $11000
    STATUS AS OF 07/2001: PAID OR PAYING AS AGREED
    IN PRIOR 31 MONTHS FROM LAST UPDATE NEVER LATE


BANKAMERICA               # 4744120115020157    : REVOLVING ACCOUNT
                                                  CREDIT CARD
    UPDATED  07/2001   BALANCE:        $3114    . JOINT ACCOUNT
    OPENED   10/1983   MOST OWED:       $5917     PAY TERMS:  MINIMUM $68
                                                  CREDIT LIMIT:    $12000
    STATUS AS OF 07/2001: PAID OR PAYING AS AGREED
    IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE


NTL CITY MTG              # 4331819104            MORTGAGE ACCOUNT
                                                  VA REAL ESTATE MORTGAGE
    UPDATED  07/2001   BALANCE:        $2718      JOINT ACCOUNT
    OPENED   03/1973   MOST OWED:      $28900     PAY TERMS: 360 MONTHLY $302
                                                  FREDDIE MAC # 465838839
    STATUS AS OF 07/2001: PAID OR PAYING AS AGREED
    IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE
```

Web site: household.com

```
HH BANK                   # 5408010003138159      REVOLVING ACCOUNT
                                                  CREDIT CARD
    UPDATED  06/2001   BALANCE:          $0       INDIVIDUAL ACCOUNT
    OPENED   01/2001   MOST OWED:         $0       CREDIT LIMIT:     $5000
    STATUS AS OF 06/2001: PAID OR PAYING AS AGREED
    IN PRIOR  5 MONTHS FROM LAST UPDATE NEVER LATE


WORLD OMNI F              # 47033046896           INSTALLMENT ACCOUNT
                                                  LEASE
    UPDATED  06/2001   BALANCE:        $8292      JOINT ACCOUNT
    OPENED   09/2000   MOST OWED:      $10475     PAY TERMS: 48 MONTHLY $218
    STATUS AS OF 06/2001: PAID OR PAYING AS AGREED
    IN PRIOR 10 MONTHS FROM LAST UPDATE NEVER LATE


WORLD OMNI F              # 113300470087867       INSTALLMENT ACCOUNT
                                                  AUTOMOBILE
    UPDATED  06/2001   BALANCE:        $1236      JOINT ACCOUNT
    OPENED   04/1998   MOST OWED:       $9618     PAY TERMS: 48 MONTHLY $230
    STATUS AS OF 06/2001: PAID OR PAYING AS AGREED
    IN PRIOR 38 MONTHS FROM LAST UPDATE NEVER LATE
```

REPORT ON JENKINS, VAN, SMITH                                    PAGE  3 OF  8
SOCIAL SECURITY NUMBER: 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 FILE NUMBER: 103955434


PROVIDENTBNK              # 3203221          MORTGAGE ACCOUNT
                                             SECOND MORTGAGE
    UPDATED  06/2001   BALANCE:     $35097   INDIVIDUAL ACCOUNT
    OPENED   04/1998   MOST OWED:   $39500   PAY TERMS: 180 MONTHLY $412
    STATUS AS OF 06/2001: PAID OR PAYING AS AGREED
    IN PRIOR 10 MONTHS FROM LAST UPDATE NEVER LATE

ANBCC                    # 5120680010301912  REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                   CREDIT CARD
    UPDATED  06/2001   BALANCE:        $0    INDIVIDUAL ACCOUNT
    OPENED   10/1994   MOST OWED:   $3744    CREDIT LIMIT:     $9000
    CLOSED   07/1998
    STATUS AS OF 07/1998: PAID OR PAYING AS AGREED
    IN PRIOR 23 MONTHS FROM DATE CLOSED NEVER LATE

UNVL BK NA               # 478380900088.762  REVOLVING ACCOUNT
                                             CREDIT CARD
    UPDATED  06/2001   BALANCE:      $1888   INDIVIDUAL ACCOUNT
    OPENED   09/1994                         PAY TERMS:  MINIMUM $39
                                             CREDIT LIMIT:    $11200
    STATUS AS OF 06/2001: PAID OR PAYING AS AGREED
    IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

HHLD BANK                # 5437000483102465  REVOLVING ACCOUNT
                                             CREDIT CARD
    UPDATED  06/2001   BALANCE:        $0    INDIVIDUAL ACCOUNT
    OPENED   04/1993   MOST OWED:   $5601    CREDIT LIMIT:    $10000
    PAID OFF 05/2000
    STATUS AS OF 05/2000: PAID OR PAYING AS AGREED
    IN PRIOR 23 MONTHS FROM DATE PAID NEVER LATE

BANKAMERICA              # 5342100050142565  REVOLVING ACCOUNT
                                             CREDIT CARD
    UPDATED  06/2001   BALANCE:     $3795    INDIVIDUAL ACCOUNT
    OPENED   11/1979   MOST OWED:   $5849    PAY TERMS:  MINIMUM $83
                                             CREDIT LIMIT:    $10300
    STATUS AS OF 06/2001: PAID OR PAYING AS AGREED
    IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

SEARS                    # 553961202882      REVOLVING ACCOUNT
DISP RESLVD RPRTD BY GRANTOR                  CHARGE ACCOUNT
    UPDATED  06/2001   BALANCE:       $91    INDIVIDUAL ACCOUNT
    OPENED   03/1977   MOST OWED:   $3507    PAY TERMS:  MINIMUM $10
                                             CREDIT LIMIT:     $8600
    STATUS AS OF 06/2001: PAID OR PAYING AS AGREED
    IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

FST CIT BK               # 626539074          REVOLVING ACCOUNT
DISPUTE RESLVD-CUST DISAGREES                 LINE OF CREDIT
    UPDATED  06/2001   BALANCE:        $0    JOINT ACCOUNT
    OPENED   07/1976   MOST OWED:      $0    CREDIT LIMIT:     $1200
    PAID OFF 05/2001                         OVRDFT VERIF 0200
    STATUS AS OF 05/2001: PAID OR PAYING AS AGREED
    IN PRIOR 48 MONTHS FROM DATE PAID NEVER LATE

REPORT ON JENKINS, VAN, SMITH                                    PAGE  4 OF  8
SOCIAL SECURITY NUMBER: 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 FILE NUMBER: 103955434


CITIBK GOLD              # 5410654972070814    REVOLVING ACCOUNT
                                               CREDIT CARD
   UPDATED   03/2001   BALANCE:        $0    INDIVIDUAL ACCOUNT
   OPENED    11/1984                         CREDIT LIMIT:     $7100
   PAID OFF  07/1998
   STATUS AS OF 07/1998: PAID OR PAYING AS AGREED
   IN PRIOR  1 MONTH  FROM DATE PAID NEVER LATE

CITIBK VISA             # 4128003681735489    REVOLVING ACCOUNT
                                               CREDIT CARD
   UPDATED   03/2001   BALANCE:        $0    INDIVIDUAL ACCOUNT
   OPENED    09/1977                         CREDIT LIMIT:     $6400
   PAID OFF  11/2000
   STATUS AS OF 11/2000: PAID OR PAYING AS AGREED
   IN PRIOR  5 MONTHS FROM DATE PAID NEVER LATE

HHLD BANK               # 5437000482093699    REVOLVING ACCOUNT
CREDIT CARD LOST/STOLEN                         CREDIT CARD
   UPDATED   01/2001   BALANCE:        $0    INDIVIDUAL ACCOUNT
   OPENED    04/1993   MOST OWED:    $5601   CREDIT LIMIT:    $10000
   CLOSED    01/2001
   STATUS AS OF 01/2001: PAID OR PAYING AS AGREED
   IN PRIOR 35 MONTHS FROM DATE CLOSED NEVER LATE

MBNA AMERICA            # 5401265918070684    REVOLVING ACCOUNT
                                               CREDIT CARD
   UPDATED   11/2000   BALANCE:        $0    INDIVIDUAL ACCOUNT
   OPENED    09/1993   MOST OWED:    $5307   CREDIT LIMIT:    $22000
   PAID OFF  10/2000
   STATUS AS OF 10/2000: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE PAID NEVER LATE

WORLD OMNI F            # 113300870086982     INSTALLMENT ACCOUNT
CLOSED                                         AUTOMOBILE
   UPDATED   10/2000   BALANCE:        $0    JOINT ACCOUNT
   OPENED    04/1998   MOST OWED:    $4787   PAY TERMS: 36 MONTHLY $152
   CLOSED    10/2000
   STATUS AS OF 10/2000: PAID OR PAYING AS AGREED
   IN PRIOR 31 MONTHS FROM DATE CLOSED NEVER LATE

GE/EXXON                # 5441290001235111    REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                      CREDIT CARD
   UPDATED   09/2000   BALANCE:        $0    INDIVIDUAL ACCOUNT
   OPENED    10/1994   MOST OWED:    $3744   CREDIT LIMIT:     $9000
   CLOSED    07/1998
   STATUS AS OF 07/1998: PAID OR PAYING AS AGREED
   IN PRIOR 46 MONTHS FROM DATE CLOSED NEVER LATE

WORLD OMNI F            # 4033037203          INSTALLMENT ACCOUNT
CLOSED                                         LEASE
   UPDATED   08/2000   BALANCE:        $0    INDIVIDUAL ACCOUNT
   OPENED    04/1995   MOST OWED:    $5953   PAY TERMS: 36 MONTHLY $165
   CLOSED    04/1998
   STATUS AS OF 04/1998: PAID OR PAYING AS AGREED
   IN PRIOR 27 MONTHS FROM DATE CLOSED NEVER LATE

REPORT ON JENKINS, VAN, SMITH                                   PAGE  5 OF  8
SOCIAL SECURITY NUMBER: 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 FILE NUMBER: 103955434


```
WORLD OMNI F            # 11033035539       INSTALLMENT ACCOUNT
CLOSED                                      LEASE
    UPDATED   08/2000   BALANCE:        $0  INDIVIDUAL ACCOUNT
    OPENED    03/1995   MOST OWED:   $8153  PAY TERMS: 36 MONTHLY $226
    CLOSED    05/1998
    STATUS AS OF 05/1998: PAID OR PAYING AS AGREED
    IN PRIOR 28 MONTHS FROM DATE CLOSED NEVER LATE


HHLD BANK               # 5437000311285995  REVOLVING ACCOUNT
                                            CREDIT CARD
    UPDATED   12/1999                       INDIVIDUAL ACCOUNT
    OPENED    04/1993   MOST OWED:   $5601  CREDIT LIMIT:    $10000
    STATUS AS OF 12/1999: PAID OR PAYING AS AGREED
    IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE


CTRL CAR B&T            # 5420496030003744  REVOLVING ACCOUNT
PURCHASED BY ANOTHER LENDER                 CREDIT CARD
    UPDATED   11/1999   BALANCE:        $0  INDIVIDUAL ACCOUNT
    OPENED    03/1969   MOST OWED:   $3574  CREDIT LIMIT:     $5900
    CLOSED    11/1999
    STATUS AS OF 11/1999: PAID OR PAYING AS AGREED
    IN PRIOR 48 MONTHS FROM DATE CLOSED NEVER LATE


MBNA AMERICA            # 5329000763003111  REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                  CREDIT CARD
    UPDATED   07/1999   BALANCE:        $0  INDIVIDUAL ACCOUNT
    OPENED    11/1996   MOST OWED:       $0 CREDIT LIMIT:     $7500
    CLOSED    07/1999
    STATUS AS OF 07/1999: PAID OR PAYING AS AGREED
    IN PRIOR 32 MONTHS FROM DATE CLOSED NEVER LATE


FVB SOUTHWST            # 567484964600100   INSTALLMENT ACCOUNT
CLOSED                                      AUTOMOBILE
    UPDATED   06/1999   BALANCE:        $0  INDIVIDUAL ACCOUNT
    OPENED    10/1996   MOST OWED:   $5987  PAY TERMS: 36 MONTHLY $202
    CLOSED    04/1998
    STATUS AS OF 04/1998: PAID OR PAYING AS AGREED
    IN PRIOR 19 MONTHS FROM DATE CLOSED NEVER LATE


NATIONSCREDT            # S34590072         REVOLVING ACCOUNT
CLOSED                                      CHARGE ACCOUNT
    UPDATED   04/1998   BALANCE:        $0  INDIVIDUAL ACCOUNT
    OPENED    03/1996   MOST OWED:   $3500  CREDIT LIMIT:     $3500
    CLOSED    04/1998
    STATUS AS OF 04/1998: PAID OR PAYING AS AGREED
    IN PRIOR 26 MONTHS FROM DATE CLOSED NEVER LATE


CCB CK PRO              # 302006500         REVOLVING ACCOUNT
                                            LINE OF CREDIT
    VERIF'D   11/1997   BALANCE:        $0  JOINT ACCOUNT
                        MOST OWED:   $2308  CREDIT LIMIT:     $3900
    STATUS AS OF 11/1997: PAID OR PAYING AS AGREED
    IN PRIOR  3 MONTHS FROM DATE VERIF'D NEVER LATE
```

REPORT ON JENKINS, VAN, SMITH                              PAGE  6 OF  8.
SOCIAL SECURITY NUMBER: 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 FILE NUMBER: 103955434


SUNTRUST                    # 5141528            LINE OF CREDIT ACCOUNT
    UPDATED   09/1996   BALANCE:        $0   INDIVIDUAL ACCOUNT
    OPENED    02/1991   MOST OWED:   $2000   CREDIT LIMIT:        $0
    PAID OFF 04/1995
    STATUS AS OF 04/1995: PAID OR PAYING AS AGREED
    IN PRIOR  7 MONTHS FROM DATE PAID NEVER LATE


CTRL CAR B&T                # 723756268          INSTALLMENT ACCOUNT
    UPDATED   03/1994   BALANCE:        $0   JOINT ACCOUNT
    OPENED    04/1990   MOST OWED:   $6500   PAY TERMS: 60 MONTHLY
    CLOSED    03/1994                        HOUSE    LOT
    STATUS AS OF 03/1994: PAID OR PAYING AS AGREED


WORLD OMNI F                # 4033017285         INSTALLMENT ACCOUNT
                                                 LEASE
    UPDATED   05/1996   BALANCE:        $0   INDIVIDUAL ACCOUNT
    OPENED    10/1993   MOST OWED:   $2479   PAY TERMS: 18 MONTHLY
    CLOSED    03/1995
    STATUS AS OF 03/1995: UNRATED
    IN PRIOR  6 MONTHS FROM DATE CLOSED NEVER LATE


AMEX                        # 3728126073900      OPEN ACCOUNT
ACCOUNT CLOSED BY CONSUMER                       CREDIT CARD
    UPDATED   01/1994   BALANCE:        $0   INDIVIDUAL ACCOUNT
    OPENED    08/1980   MOST OWED:       $0
    CLOSED    09/1993
    STATUS AS OF 09/1993: UNRATED

---

THE FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT.  THEIR INQUIRIES
REMAIN ON YOUR CREDIT REPORT FOR TWO YEARS. (NOTE: "TU CONSUMER DISCLOSURE"
INQUIRIES ARE NOT VIEWED BY CREDITORS).

| INQUIRY TYPE | DATE | SUBSCRIBER NAME |
|---|---|---|
| INDIVIDUAL | 07/31/2001 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 07/03/2001 | TU CONSUMER DISCLOSURE |
| JOINT | 06/01/2001 | TU CONSUMER DISCLOSURE |
| JOINT | 05/22/2001 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 02/11/2000 | TU CONSUMER DISCLOSURE |
| JOINT | 01/26/2000 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 12/13/1999 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 12/06/1999 | CAPITAL ONE |
| INDIVIDUAL | 12/06/1999 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 11/30/1999 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 11/29/1999 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 11/24/1999 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 11/24/1999 | TU CONSUMER DISCLOSURE |

---

THE COMPANIES LISTED BELOW OBTAINED INFORMATION FROM YOUR CONSUMER REPORT FOR
THE PURPOSE OF AN ACCOUNT REVIEW OR OTHER BUSINESS TRANSACTION WITH YOU. THESE
INQUIRIES ARE NOT DISPLAYED TO ANYONE BUT YOU AND WILL NOT AFFECT ANY
CREDITOR'S DECISION OR ANY SCORE.

| DATE | SUBSCRIBER NAME |
|---|---|
| 07/2001 | SEARS |

03   FILE NUMBER  103955  1

**TRANS UNION**

NATIONS CREDIT CORP
1500 PINECROFT RD
SUITE 100
GREENSBORO, NC 27407

PROVIDENT BANK/MORTGAGE
309 VINE ST
MAIL LOCATION 178D
CINCINNATI, OH 45202
(800) 838-9727

SUNTRUST BK
POB 4418
ATLANTA, GA 30302
(404) 588-8651

CENTRAL CAROLINA BANK
P O BOX 931
DEPOSIT SVCS DEPT
DURHAM, NC 27702

SEARS
13200 SMITH RD
CLEVELAND, OH 44130

BANK OF AMERICA
1325 E BUCKEYE RD
PHOENIX, AZ 85034

BANK OF AMERICA
4161 PIEDMONT
GREENSBORO, NC 27410
(800) 451-6362

CITIBANK NA
POB 6500
SIOUX FALLS, SD 57111
(800) 950-5118

CITIBANK SOUTH DAKOTA NA
701 E 60TH ST N
SIOUX FALLS, SD 57117
(800) 950-5114

AMERICAN EXPRESS
P O BOX 7871
FORT LAUDERDAL, FL 33329

FST USA BK
CONSUMER DISPUTE V
POB 8650
WILMINGTON, DE 19899
(302) 594-4000

FST USA BK
3 CHRISTIAN
201 N WALNUT AVE
WILMINGTON, DE 19801
(302) 594-4000

HCS
POB 98706
LAS VEGAS, NV 89193

UNIVERSAL BANK NA
8787 BAY PINE RD
JACKSONVILLE, FL 32256
(904) 954-7500

NATIONAL CITY MTG CO
3232 NEWARK DR
MIAMISBURG, OH 45342
(800) 822-5626

HOUSEHOLD BK/GM CLASSIC
POB 98706
LAS VEGAS, NV 89193

FVB SOUTHWEST
6625 WILLIAMSON RD
ROANOKE, VA 24019

CAPITAL ONE
10800 NUCKOLS RD
MAIL STOP 12018-05
GLEN ALLEN, VA 23060

MBNA AMERICA
POB 15026
WILMINGTON, DE 19801

BANK OF AMERICA
1825 E BUCKEYE RD
PHOENIX, AZ 85034

```
  .  P.O. BOX 2000                      YOUR TRANS UNION FILE NUMBER: 108321520
     CHESTER, PA 19022                  PAGE  1 OF  8
                                        DATE THIS REPORT PRINTED: 02/11/2002
     RETURN SERVICE REQUESTED
                                        SOCIAL SECURITY NUMBER: 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
                                        BIRTH DATE:            07/1932
                                        YOU HAVE BEEN IN OUR FILES SINCE: 10/1986

                                        PHONE: 375-7124
```

CONSUMER REPORT FOR:

```
     *****
     JENKINS, VAN, SMITH
     1960 S U S 41 MBP 172475 ST
     MARQUETTE, MI 49855
```

FORMER ADDRESSES REPORTED:

```
     38 POB 38, EAST LAKE, MI 49626
     2802 WYNNEWOOD DR, GREENSBORO, NC 27408
```

EMPLOYMENT DATA REPORTED:

```
     COUNTY OF GUILFORD                 NONE REPORTED
     DATE REPORTED: 02/2000             DATE REPORTED: 12/1999
```

YOUR CREDIT INFORMATION

---

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO
BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS
FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE.
THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR
YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED
THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR
FOR YOUR PROTECTION). *Web site: WWW, bankamerica.com*

```
  BANKAMERICA            # 10026251074        LINE OF CREDIT ACCOUNT
                                              LINE OF CREDIT
     UPDATED   01/2002   BALANCE:     $185    JOINT ACCOUNT
     OPENED    04/1995   MOST OWED:   $315    PAY TERMS:  MINIMUM $10
                                              CREDIT LIMIT:      $300
     STATUS AS OF 01/2002: PAID OR PAYING AS AGREED
    >IN PRIOR 48 MONTHS FROM LAST UPDATE  5 TIMES 30 DAYS LATE<
```

*Web Site: WWW. mbna International, Com*

```
  MBNA AMERICA           # 5490997857003548   REVOLVING ACCOUNT
                                              CREDIT CARD
     UPDATED   01/2002   BALANCE:       $0    INDIVIDUAL ACCOUNT
     OPENED    03/1969   MOST OWED:   $3574   CREDIT LIMIT:    $6900
     PAID OFF 01/2002
     STATUS AS OF 01/2002: PAID OR PAYING AS AGREED
    >IN PRIOR 48 MONTHS FROM DATE PAID  1 TIME 30 DAYS LATE<
```

---

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

REPORT ON JENKINS, VAN, SMITH                                    PAGE 2 OF 8
SOCIAL SECURITY NUMBER: 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        TRANS UNION FILE NUMBER: 108321520


    BANKAMERICA              # 4744120115020157      REVOLVING ACCOUNT
                                                     CREDIT CARD
      UPDATED  02/2002   BALANCE:        $2693       JOINT ACCOUNT
      OPENED   10/1983   MOST OWED:      $5917       PAY TERMS:  MINIMUM $59
                                                     CREDIT LIMIT:    $12000
      STATUS AS OF 02/2002: PAID OR PAYING AS AGREED
      IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

    WORLD OMNI F            # 47033046896            INSTALLMENT ACCOUNT
                                                     LEASE
      UPDATED  01/2002   BALANCE:        $6765       JOINT ACCOUNT
      OPENED   09/2000   MOST OWED:     $10475       PAY TERMS: 48 MONTHLY $218
      STATUS AS OF 01/2002: PAID OR PAYING AS AGREED
      IN PRIOR 17 MONTHS FROM LAST UPDATE NEVER LATE
           *Web Site: WWW.first USa.com*
    FST USA BK B            # 4417129204123026       REVOLVING ACCOUNT
                                                     CREDIT CARD
      UPDATED  01/2002   BALANCE:        $4444       INDIVIDUAL ACCOUNT
      OPENED   12/1998   MOST OWED:      $4551       PAY TERMS:  MINIMUM $88
                                                     CREDIT LIMIT:    $13300
      STATUS AS OF 01/2002: PAID OR PAYING AS AGREED
      IN PRIOR 36 MONTHS FROM LAST UPDATE NEVER LATE

    FST USA BK              # 4408046210274042       REVOLVING ACCOUNT
    ACCOUNT CLOSED BY CONSUMER                       CREDIT CARD
      UPDATED  01/2002   BALANCE:          $0        INDIVIDUAL ACCOUNT
      OPENED   12/1998   MOST OWED:        $0        CREDIT LIMIT:     $11000
      CLOSED   12/2001
      STATUS AS OF 12/2001: PAID OR PAYING AS AGREED
      IN PRIOR 36 MONTHS FROM DATE CLOSED NEVER LATE

    CITI-CITGO              # 624622346              REVOLVING ACCOUNT
                                                     CREDIT CARD
      UPDATED  01/2002   BALANCE:          $0        INDIVIDUAL ACCOUNT
      OPENED   04/1990   MOST OWED:        $0        CREDIT LIMIT:      $300
      PAID OFF 05/1999
      STATUS AS OF 05/1999: PAID OR PAYING AS AGREED
      IN PRIOR 12 MONTHS FROM DATE PAID NEVER LATE
           *Web Site: WWW.american Express.com*
    AMEX                    # 024991865011317942 OPEN ACCOUNT
                                                     CREDIT CARD
      UPDATED  01/2002   BALANCE:         $78        INDIVIDUAL ACCOUNT
      OPENED   05/1980   MOST OWED:      $365
      STATUS AS OF 01/2002: PAID OR PAYING AS AGREED
      IN PRIOR  2 MONTHS FROM LAST UPDATE NEVER LATE

    AMEX                    # 024991865011517942 REVOLVING ACCOUNT
                                                     CREDIT CARD
      UPDATED  01/2002   BALANCE:       $2617        INDIVIDUAL ACCOUNT
      OPENED   05/1980   MOST OWED:     $2671
      STATUS AS OF 01/2002: PAID OR PAYING AS AGREED
      IN PRIOR  2 MONTHS FROM LAST UPDATE NEVER LATE

```
BANKAMERICA              # 5342100050142565    REVOLVING ACCOUNT
                                               CREDIT CARD
   UPDATED  01/2002  BALANCE:       $3370    INDIVIDUAL ACCOUNT
   OPENED   11/1979  MOST OWED:     $5849    PAY TERMS:  MINIMUM $74
                                               CREDIT LIMIT:    $10300
   STATUS AS OF 01/2002: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE
         Wee site! WWW. Sears.....
SEARS                    # 553961202882       REVOLVING ACCOUNT
                                               CHARGE ACCOUNT
   UPDATED  01/2002  BALANCE:         $0     INDIVIDUAL ACCOUNT
   OPENED   03/1977  MOST OWED:     $3507    CREDIT LIMIT:     $8600
   PAID OFF 07/2001
   STATUS AS OF 07/2001: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE PAID NEVER LATE

NTL CITY MTG             # 4331819104         MORTGAGE ACCOUNT
                                               VA REAL ESTATE MORTGAGE
   UPDATED  01/2002  BALANCE:       $1643    JOINT ACCOUNT
   OPENED   03/1973  MOST OWED:    $28900    PAY TERMS: 360 MONTHLY $302
                                               FREDDIE MAC # 465838839
   STATUS AS OF 01/2002: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE
         Web site  WWW.hc.......
HH BANK                  # 5408010003138159   REVOLVING ACCOUNT
                                               CREDIT CARD
   UPDATED  12/2001  BALANCE:         $0     INDIVIDUAL ACCOUNT
   OPENED   01/2001  MOST OWED:       $0     CREDIT LIMIT:     $5000
   STATUS AS OF 12/2001: PAID OR PAYING AS AGREED
   IN PRIOR 11 MONTHS FROM LAST UPDATE NEVER LATE

PROVIDENTBNK             # 3203221            MORTGAGE ACCOUNT
                                               SECOND MORTGAGE
   UPDATED  12/2001  BALANCE:      $34273    INDIVIDUAL ACCOUNT
   OPENED   04/1998  MOST OWED:    $39500    PAY TERMS: 180 MONTHLY $412
   STATUS AS OF 12/2001: PAID OR PAYING AS AGREED
   IN PRIOR 16 MONTHS FROM LAST UPDATE NEVER LATE

UNVL/CITI                # 4783809000881762   REVOLVING ACCOUNT
                                               CREDIT CARD
   UPDATED  12/2001  BALANCE:       $1685    INDIVIDUAL ACCOUNT
   OPENED   09/1994                          PAY TERMS:  MINIMUM $39
                                               CREDIT LIMIT:    $11200
   STATUS AS OF 12/2001: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

HHLD BANK                # 5437000483102465   REVOLVING ACCOUNT
                                               CREDIT CARD
   UPDATED  12/2001  BALANCE:         $0     INDIVIDUAL ACCOUNT
   OPENED   04/1993  MOST OWED:     $5601    CREDIT LIMIT:    $10000
   PAID OFF 05/2000
   STATUS AS OF 05/2000: PAID OR PAYING AS AGREED
   IN PRIOR 23 MONTHS FROM DATE PAID NEVER LATE
```

REPORT ON JENKINS, VAN, SMITH                                    PAGE 4 OF 8
SOCIAL SECURITY NUMBER: 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        TRANS UNION FILE NUMBER: 108321520

*Web, 5,8c; WWW.Crticorp.com*

```
CITI                    # 5410654972070814    REVOLVING ACCOUNT
                                              CREDIT CARD
   UPDATED  12/2001   BALANCE:        $0     INDIVIDUAL ACCOUNT
   OPENED   11/1984                          CREDIT LIMIT:    $7100
   PAID OFF 07/1998
   STATUS AS OF 07/1998: PAID OR PAYING AS AGREED
   IN PRIOR  1 MONTH  FROM DATE PAID NEVER LATE


CITI                    # 5424180499727151    REVOLVING ACCOUNT
                                              CREDIT CARD
   UPDATED  12/2001   BALANCE:       $19     INDIVIDUAL ACCOUNT
   OPENED   09/1977                          PAY TERMS:  MINIMUM $19
                                             CREDIT LIMIT:    $6400
   STATUS AS OF 12/2001: PAID OR PAYING AS AGREED
   IN PRIOR 18 MONTHS FROM LAST UPDATE NEVER LATE


FST CIT BK              # 626539074           REVOLVING ACCOUNT
DISPUTE RESLVD-CUST DISAGREES                 LINE OF CREDIT
   UPDATED  12/2001   BALANCE:      $100     JOINT ACCOUNT
   OPENED   07/1976                          CREDIT LIMIT:    $1200
                                             OVRDFT VERIF 0200
   STATUS AS OF 12/2001: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE


WORLD OMNI F            # 113300470087867     INSTALLMENT ACCOUNT
CLOSED                                        AUTOMOBILE
   UPDATED  11/2001   BALANCE:        $0     JOINT ACCOUNT
   OPENED   04/1998   MOST OWED:    $9618    PAY TERMS: 48 MONTHLY $230
   CLOSED   11/2001
   STATUS AS OF 11/2001: PAID OR PAYING AS AGREED
   IN PRIOR 43 MONTHS FROM DATE CLOSED NEVER LATE


ASSOC/CITI              # 5120680010301912    REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                    CREDIT CARD
   UPDATED  06/2001   BALANCE:        $0     INDIVIDUAL ACCOUNT
   OPENED   10/1994   MOST OWED:    $3744    CREDIT LIMIT:    $9000
   CLOSED   07/1998
   STATUS AS OF 07/1998: PAID OR PAYING AS AGREED
   IN PRIOR 23 MONTHS FROM DATE CLOSED NEVER LATE


HHLD BANK               # 5437000482093699    REVOLVING ACCOUNT
CREDIT CARD LOST/STOLEN                       CREDIT CARD
   UPDATED  01/2001   BALANCE:        $0     INDIVIDUAL ACCOUNT
   OPENED   04/1993   MOST OWED:    $5601    CREDIT LIMIT:    $10000
   CLOSED   01/2001
   STATUS AS OF 01/2001: PAID OR PAYING AS AGREED
   IN PRIOR 35 MONTHS FROM DATE CLOSED NEVER LATE


MBNA AMERICA            # 5401265918070684    REVOLVING ACCOUNT
                                              CREDIT CARD
   UPDATED  11/2000   BALANCE:        $0     INDIVIDUAL ACCOUNT
   OPENED   09/1993   MOST OWED:    $5307    CREDIT LIMIT:    $22000
   PAID OFF 10/2000
   STATUS AS OF 10/2000: PAID OR PAYING AS AGREED     13 weeks T Bills
   IN PRIOR 48 MONTHS FROM DATE PAID NEVER LATE
```

REPORT ON JENKINS, VAN, SMITH                                    PAGE  5 OF  8
SOCIAL SECURITY NUMBER: 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        TRANS UNION FILE NUMBER: 108321520

```
WORLD OMNI F            # 113300870086982      INSTALLMENT ACCOUNT
CLOSED                                         AUTOMOBILE
   UPDATED  10/2000  BALANCE:        $0  JOINT ACCOUNT
   OPENED   04/1998  MOST OWED:    $4787  PAY TERMS: 36 MONTHLY $152
   CLOSED   10/2000
   STATUS AS OF 10/2000: PAID OR PAYING AS AGREED
   IN PRIOR 31 MONTHS FROM DATE CLOSED NEVER LATE

GE/EXXON                # 5441290001235111     REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                     CREDIT CARD
   UPDATED  09/2000  BALANCE:        $0  INDIVIDUAL ACCOUNT
   OPENED   10/1994  MOST OWED:    $3744  CREDIT LIMIT:      $9000
   CLOSED   07/1998
   STATUS AS OF 07/1998: PAID OR PAYING AS AGREED
   IN PRIOR 39 MONTHS FROM DATE CLOSED NEVER LATE

WORLD OMNI F            # 4033037203           INSTALLMENT ACCOUNT
CLOSED                                         LEASE
   UPDATED  08/2000  BALANCE:        $0  INDIVIDUAL ACCOUNT
   OPENED   04/1995  MOST OWED:    $5953  PAY TERMS: 36 MONTHLY $165
   CLOSED   04/1998
   STATUS AS OF 04/1998: PAID OR PAYING AS AGREED
   IN PRIOR 27 MONTHS FROM DATE CLOSED NEVER LATE

WORLD OMNI F            # 11033035539          INSTALLMENT ACCOUNT
CLOSED                                         LEASE
   UPDATED  08/2000  BALANCE:        $0  INDIVIDUAL ACCOUNT
   OPENED   03/1995  MOST OWED:    $8153  PAY TERMS: 36 MONTHLY $226
   CLOSED   05/1998
   STATUS AS OF 05/1998: PAID OR PAYING AS AGREED
   IN PRIOR 28 MONTHS FROM DATE CLOSED NEVER LATE

HHLD BANK               # 5437000311285995     REVOLVING ACCOUNT
                                               CREDIT CARD
   UPDATED  12/1999                      INDIVIDUAL ACCOUNT
   OPENED   04/1993  MOST OWED:    $5601  CREDIT LIMIT:     $10000
   STATUS AS OF 12/1999: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

CTRL CAR B&T            # 5420496030003744     REVOLVING ACCOUNT
PURCHASED BY ANOTHER LENDER                    CREDIT CARD
   UPDATED  11/1999  BALANCE:        $0  INDIVIDUAL ACCOUNT
   OPENED   03/1969  MOST OWED:    $3574  CREDIT LIMIT:      $5900
   CLOSED   11/1999
   STATUS AS OF 11/1999: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE CLOSED NEVER LATE

MBNA AMERICA            # 5329000763003111     REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                     CREDIT CARD
   UPDATED  07/1999  BALANCE:        $0  INDIVIDUAL ACCOUNT
   OPENED   11/1996  MOST OWED:       $0  CREDIT LIMIT:      $7500
   CLOSED   07/1999
   STATUS AS OF 07/1999: PAID OR PAYING AS AGREED
   IN PRIOR 32 MONTHS FROM DATE CLOSED NEVER LATE
```

REPORT ON JENKINS, VAN, SMITH                                    PAGE 6 OF 8.
SOCIAL SECURITY NUMBER: 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        TRANS UNION FILE NUMBER: 108321520

```
FVB SOUTHWST            # 567484964600100      INSTALLMENT ACCOUNT
CLOSED                                         AUTOMOBILE
   UPDATED  06/1999   BALANCE:        $0       INDIVIDUAL ACCOUNT
   OPENED   10/1996   MOST OWED:    $5987       PAY TERMS: 36 MONTHLY $202
   CLOSED   04/1998
   STATUS AS OF 04/1998: PAID OR PAYING AS AGREED
   IN PRIOR 19 MONTHS FROM DATE CLOSED NEVER LATE

NATIONSCREDT            # S34590072             REVOLVING ACCOUNT
CLOSED                                          CHARGE ACCOUNT
   UPDATED  04/1998   BALANCE:        $0       INDIVIDUAL ACCOUNT
   OPENED   03/1996   MOST OWED:    $3500       CREDIT LIMIT:    $3500
   CLOSED   04/1998
   STATUS AS OF 04/1998: PAID OR PAYING AS AGREED
   IN PRIOR 26 MONTHS FROM DATE CLOSED NEVER LATE

CCB CK PRO             # 302006500              REVOLVING ACCOUNT
                                                LINE OF CREDIT
   VERIF'D  11/1997   BALANCE:        $0       JOINT ACCOUNT
                      MOST OWED:    $2308       CREDIT LIMIT:    $3900
   STATUS AS OF 11/1997: PAID OR PAYING AS AGREED
   IN PRIOR  3 MONTHS FROM DATE VERIF'D NEVER LATE

SUNTRUST               # 5141528               LINE OF CREDIT ACCOUNT
   UPDATED  09/1996   BALANCE:        $0       INDIVIDUAL ACCOUNT
   OPENED   02/1991   MOST OWED:    $2000       CREDIT LIMIT:       $0
   PAID OFF 04/1995
   STATUS AS OF 04/1995: PAID OR PAYING AS AGREED

CTRL CAR B&T           # 723756268             INSTALLMENT ACCOUNT
   UPDATED  03/1994   BALANCE:        $0       JOINT ACCOUNT
   OPENED   04/1990   MOST OWED:    $6500       PAY TERMS: 60 MONTHLY
   CLOSED   03/1994                             HOUSE   LOT
   STATUS AS OF 03/1994: PAID OR PAYING AS AGREED

WORLD OMNI F           # 4033017285            INSTALLMENT ACCOUNT
                                                LEASE
   UPDATED  05/1996   BALANCE:        $0       INDIVIDUAL ACCOUNT
   OPENED   10/1993   MOST OWED:    $2479       PAY TERMS: 18 MONTHLY
   CLOSED   03/1995
   STATUS AS OF 03/1995: UNRATED
```

---

THE FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT.  THEIR INQUIRIES
REMAIN ON YOUR CREDIT REPORT FOR TWO YEARS. (NOTE: "TU CONSUMER DISCLOSURE"
INQUIRIES ARE NOT VIEWED BY CREDITORS).

```
INQUIRY TYPE  DATE          SUBSCRIBER NAME
INDIVIDUAL    02/11/2002    TU CONSUMER DISCLOSURE
INDIVIDUAL    07/31/2001    TU CONSUMER DISCLOSURE
INDIVIDUAL    07/03/2001    TU CONSUMER DISCLOSURE
JOINT         06/01/2001    TU CONSUMER DISCLOSURE
JOINT         05/22/2001    TU CONSUMER DISCLOSURE
INDIVIDUAL    02/11/2000    TU CONSUMER DISCLOSURE
```

TCF/Reg. No. 172475.
3225 John Conley Drive
Lapeer, Mich. 48446-3225

10-30-03

Clarence Maddox, clerk
U.S. District court Southern
District of Florida
301 North Miami Avenue
Miami, Florida 33128

RE: Injunction complaint pursuant to Title 28, section(s)
2281-2284 of the United States Code

Dear Mr. Maddox:

Enclosed is the above cited complaint, where a Motion For Waiver of court cost and fees, which include security cost for the Injunction. I have a credit Report with letters that was sent to the Bank(s)/financial (institutions) requesting that money be disburse to the court for the Security cost of the Injunction, no Bank nor financial institution(s) responded. I have requested in my Motion that this court issue an order compelling the Bank(s)/Financial Institution(s) to provide to this court a Financial statement of the Activities of the Account(s) and a check for security cost of the Injunction.

Process by Publication may be required, where Xerox copies of the complaint with attachments may be made pursuant to court Rules. This should provide sufficient copies to all parties. The U.S. Marshal must be ordered to perform the Service of process, as the problem concerning this is set forth in the Motion attached. Please acknowledge this letter providing the case Number with instructions. The Contents are listed below:

1. Complaint For Preliminary/Permanent Injunction/civil cover sheet
2. Summons In Civil case
3. Motion For Preliminary Injunction
4. Affidavit In support of Motion For Preliminary Injunction
5. Order Granting Temporary Restraining order
6. Motion For Appointment of Motion For Appointment of counsel
7. Affidavit In support of Fees And costs
8. Motion For Waiver of Fees And costs
9. Affidavit In support of Motion For Waiver of Fees And costs
10. Protective order
11. Motion For Service of Process By U.S. Marshal
12. Affidavit In support of the Motion For Service of Process By U.S. Marshal
13. Exhibits,

I await for your prompt reply. Thank you for your service.

Sincerely,
Van A. Jenkins
C.C. File
Enclosures: 91

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET    03 - 23017

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**CIV-MARTINEZ/Klein**

**I.(a) PLAINTIFFS**
Van S. Jenkins

FILED by __JC__ D.C.
INTAKE
NOV 13 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**DEFENDANTS**
Randy A. Fernandez, Vice President
Elaine Fitzgerald, Public Relations Officer
National Registered Agents, Inc.
Corporate Creations International, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Lapeer County
(EXCEPT IN U.S. PLAINTIFF CASES)

Dade /03-23017-Cv-Martinez / Klein

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Unknown
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Acting In Pro Per,
see the attached Motion For
Appointment of Counsel

ATTORNEYS (IF KNOWN)

Unknown

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Title 28, Section 2281 of the United States code; Title 15, Section 1051 of the United States Code, Artlce I, Section 8 of the U.S. Constitution: Failure to perform contractual agreement.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** Preliminary Injunction
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE   10-30-03

SIGNATURE OF ATTORNEY OF RECORD  Van S. Jenkins, In Pro Per

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP  yes   JUDGE  Martinez   MAG. JUDGE  Klein

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

## Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.  (a) **Plaintiffs – Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.  **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section V below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.  **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

